JOHN DIBERNARDINO, Esquire      Attorney for Defendant(s)
I.D. #46769
P.O. Box 599
Lehighton, PA 18235
(610) 377-6617

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : THE UNITED STATES DISTRICT COURT<br>: MIDDLE DISTRICT OF PENNSYLVANIA<br>: No. 1:CV 01-0021 |
| vs | : |
| KENNETH D. FORTSON and ROBIN L. FORTSON,<br>Defendant(s) | : |

FILED
SCRANTON
AUG 02 2002
PER _____ / Deputy Clerk

## NOTICE OF BANKRUPTCY STAY

The Defendant(s), Kenneth D. Fortson and Robin L. Fortson, gives notice this action is stayed pursuant to the filing of a petition in Bankruptcy. A copy of the face sheet of the bankruptcy petition showing the chapter filed under, date of filing and docket number is attached hereto as Exhibit "A" and incorporated herein by reference.

_____
John DiBernardino, Esquire
Bankruptcy Attorney for Defendant(s)
P.O. Box 599
Lehighton, PA 18235
(610) 377-6617

Dated: 7/31/02

(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Pennsylvania | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Fortson, Kenneth D. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Fortson, Robin L. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>201 Fairview Street<br>Lehighton, PA 18235 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>201 Fairview Street<br>Lehighton, PA 18235 |
| County of Residence or of the<br>Principal Place of Business:    Carbon | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☑ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| Nature of Debts (Check one box)<br>☑ Consumer/Non-Business    ☐ Business | Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| Chapter 11 Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101.<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)          THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors    1-15 ☑  16-49 ☐  50-99 ☐  100-199 ☐  200-999 ☐  1000-over ☐

Estimated Assets
$0 to $50,000 ☑  $50,001 to $100,000 ☐  $100,001 to $300,000 ☐  $500,001 to $1 million ☐  $1,000,001 to $10 million ☐  $10,000,001 to $50 million ☐  $50,000,001 to $100 million ☐  More than $100 million ☐

Estimated Debts
$0 to   $50,001 to   $100,001 to   $500,001 to   $1,000,001 to   $10,000,001 to   $50,000,001 to   More than
        $100,000    $300,000     $1 million    $10 million     $50 million      $100 million     $100 million

John DiBernardino, Esquire　　　　　　　　　　Attorney for Defendant(s)
I.D. #46769
P.O. Box 599
Lehighton, PA  18235
(610) 377-6617

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff<br><br>vs.<br><br>KENNETH D. FORTSON and ROBIN<br>L. FORTSON,<br>　　　　　　　　Defendant(s) | : THE UNITED STATES DISTRICT COURT<br>: MIDDLE DISTRICT OF PENNSYLVANIA<br>: No. 1: CV 01-0021<br>:<br>:　　　　FILED<br>:　　　SCRANTON<br>:<br>:　　　AUG 02 2002<br>:<br>: PER ___KM___<br>:　　　DEPUTY CLERK |

## CERTIFICATION OF SERVICE

　　　I, John DiBernardino, Esquire, Attorney for Kenneth D. Fortson and Robin L. Fortson, hereby certify that on this date, the Notice of Bankruptcy Stay and Certification of Service, were sent by first class mail, to those listed below:

J. Justin Blewitt, Jr., Esquire
Assistant U.S. Attorney
309 Federal Building
Washington & Linden Streets
Scranton, PA  18501

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　John DiBernardino, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant(s)
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 599
　　　　　　　　　　　　　　　　　　　　　　　　　Lehighton, PA  18235
　　　　　　　　　　　　　　　　　　　　　　　　　610-377-6617

Dated: 8/1/02