COPY

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



UNITED STATES OF AMERICA
    Plaintiff

    v.           CIVIL NO. 01-21

KENNETH D. FORTSON and

ROBIN L. FORTSON

    Defendants

FILED
SCRANTON
FEB 1 2 2003
Per_____
    DEPUTY CLERK

## SCHEDULE OF DISTRIBUTION

U. S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED
5/24/01

Amount of cash received . . . . . . . . . . . . . . $ 4,000.00

Balance due from purchaser. . . . . . . . . . . . . $ 31,500.00

Costs billed to the United States Government. . . . $ _____

    Amount bid by: Mark DeWalt . . . $ 35,500.00

TO BE DISTRIBUTED AS FOLLOWS:

U. S. Marshal Costs:

    Notice of Sale . . . . . . . . . . . . . . . . $ 40.00

    Service of Summons and Complaint . . . . . . . $ _____

    Service of Writ of Execution and Posting . . $ 519.86

    Costs for selling property . . . . . . . . . . $ 300.92

    Marshals Commission. . . . . . . . . . . . . . $ _____

    Notice to Lienholders. . . . . . . . . . . . . $ 56.00

U.S. ATTORNEY COSTS:

    Docket Fee (U. S. Attorney/Clerk of Court) . $ 150.00

    Filing Judgment. . . . . . . . . . . . . . . . $ 37.00

    Bringdown Search . . . . . . . . . . . . . . . $ 215.00

ADVERTISING

   The Times News, Lehighton
   February 1, 8 & 15, 2002
   January 10, 17 & 24, 2003 . . . . . . . . . . . $ 945.60


TOTAL COSTS TO U. S. GOVERNMENT. . . . . . . . . . . $ 2,264.38

Proceeds of sale less costs to USDA, Rural Develop . . $ 33,235.62


AMOUNT BID BY:

  Mark DeWalt

  5474 Acorn Drive

  Emmaus, PA  18049 . . . . . . . . . $ 35,500.00


*[signature]*
DONALD HEEMER
CHIEF DEPUTY