


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
        Plaintiff, :
: 14:CV-01-0021
V. :
: (Kane, J.)
KENNETH D. FORTSON and :
ROBIN L. FORTSON, :
        Defendants. :

FILED
SCRANTON

FEB 2 4 2003

PER ____
    DEPUTY CLERK

Judgment having been entered in the above-entitled action on the 24th day of May, 2001, against KENNETH D. FORTSON and ROBIN L. FORTSON, a Writ of Execution having been issued on the 6th day of September, 2002, and the property having been sold on the 6th day of February, 2003, the Clerk is requested to tax the following Bill of Costs relating to the sale of that property:

### BILL OF COSTS

(Filed in accordance with Rule 69(a) F.R.C.P.
and Rule 3138(a) Pa. R.C.P.)

United States Attorney, costs:

| | |
|---|---|
| Docket Fee | $ 150.00 |
| Filing Judgment, local courts | $ 37.00 |
| Bringdown Search | $ 215.00 |

United States Marshal, costs:

| | |
|---|---|
| Notice of Sale | $ 40.00 |
| Service of Summons and Complaint | $ 0.00 |
| Service of Writ of Execution and Posting | $ 519.86 |
| Costs for Selling Property (Mileage) | $ 300.92 |
| Notice to Lienholders | $ 56.00 |

Advertising:

| | |
|---|---|
| The Times News, Lehighton<br>2/1//02, 2/8/02 & 2/15/02<br>1/10/03, 1/17/03, 1/24/03 | $ 945.60 |

Lien Searches:
| | | |
|---|---|---|
| | Prothonotary, Carbon County | $ 0.00 |
| | Recorder of Carbon, Wayne Cty | $ 0.00 |
| | Tax Claim Bureau, Carbon Cty | $ 0.00 |

    TOTAL COSTS-----------                                         $2,264.38

State of Pennsylvania    )
County of Lackawanna  ) ss

    I, J. JUSTIN BLEWITT, JR., do hereby swear that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to:

Kenneth D. Fortson and Robin L. Fortson
201 Fairview Street
Lehighton, PA 18235

with postage fully prepaid thereon.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of February, 2003.

                                                  J. JUSTIN BLEWITT, JR.,
                                                  Assistant U.S. Attorney
                                                309 Federal Building
                                                Scranton, PA 18501

Karen M. Musloski
Paralegal Specialist
Financial Litigation Unit