

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380

March 6, 2003

J. Justin Blewitt, Esq.
Kenneth D. Fortson
Robin L. Fortson

    Re:    USA vs. Fortson
            Case: 1:01-cv-0021 (Judge Kane)

Dear Counsel and Pro Se Defendant:

    This letter is to advise you that objections to the plaintiff's bill of costs may be filed with the Clerk of Court on or before March 15, 2003.  Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

    Very truly yours,

    MARY E. D'ANDREA, CLERK


    By s/Roseanne Pucilowski
    Deputy Clerk