IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Civil Action 1:CV-01-0021 |
| | : | (Judge Kane) |
| **Kenneth D. Fortson, and Robin L. Fortson,** | : | |
| | : | |
| | : | |
| **Defendant,** | : | |

## CLERK'S TAXATION OF COSTS

**March 18, 2003**

The United States of America filed a bill of costs on February 24, 2003, requesting the taxation of costs in the amount of $2,264.38, to which no objections have been filed. As the items listed on the bill of costs appear to be taxable under applicable law,

IT IS ORDERED taxing costs in the amount of $2,264.38.

Any party may appeal this decision to the court within five (5) days. Written specifications of the items objected to and the grounds of objections pursuant to Local Rule 54.3 must be filed with the court and served on the opposing counsel/party within five (5) days.

s/Mary E. D'Andrea
MARY E. D'ANDREA,
Clerk of Court

cc: All parties/counsel