IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Civil Action 1:CV-01-0021 |
| | : | (Judge Kane) |
| **Kenneth D. Fortson, and Robin L. Fortson,** | : | |
| | : | |
| | : | |
| **Defendant,** | : | |

## JUDGMENT

**March 18, 2003**

Pursuant to the Judgment entered May 24, 2001, and the Federal Rules of Civil Procedure, costs are hereby taxed against <u>Kenneth D. Fortson and Robin L. Fortson</u> and in favor of the United States of America in the amount of <u>$2,264.38.</u>

ATTEST:

s/ Mary E. D'Andrea
MARY E. D'ANDREA,
Clerk of Court